MARGARET CAVALIERE, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.

JOHANNA FRIEDMAN, Respondent, v. CATON APARTMENTS, INC., Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.